# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AARON KUCHARIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-2190-KHV-GEB |
| | ) |
| GARDEN CITY COMMUNITY COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants' motion for a two-week extension of the time to Answer Plaintiff's Amended Complaint (**ECF No. 55**). Defendants' motion for extension was filed May 20, 2021, making Plaintiff's response deadline June 3, 2021. No response was filed, and as such the Court may grant the motion as uncontested without further notice pursuant to D. Kan. Rule 7.4(b). Additionally, in its discretion, the Court finds good cause for the extension.

**IT IS THEREFORE ORDERED** that Defendants' motion for a two-week extension of the time to Answer Plaintiff's Amended Complaint (**ECF No. 55**) is **GRANTED**. Defendants shall file their Answer no later than **June 11, 2021**.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 4th day of June, 2021.

                                          s/ Gwynne E. Birzer
                                          GWYNNE E. BIRZER
                                          United States Magistrate Judge